NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMETIC CORP., DOMETIC SWEDEN AB,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CITIMARINE L.L.C., MABRU POWER SYTEMS, INC., SHANGHAI HOPEWELL INDUSTRIAL CO., LTD., SHANGHAI HEHE INDUSTRIAL CO., LTD.,**
*Intervenors*

---

2024-1796

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1346.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Citimarine L.L.C., Mabru Power Systems, Inc., Shanghai Hopewell Industrial Co., Ltd., and Shanghai Hehe Industrial Co., Ltd.'s corrected unopposed motion to intervene in this appeal,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected in this order. Appellee's and intervenors' briefs are due no later than 40 days from the date of service of appellants' opening brief.

FOR THE COURT

June 12, 2024
Date

Jarrett B. Perlow
Clerk of Court