# United States Court of Appeals for the Federal Circuit

---

**DOMETIC CORP., DOMETIC SWEDEN AB,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CITIMARINE, L.L.C., MABRU POWER SYSTEMS, INC., SHANGHAI HOPEWELL INDUSTRIAL CO. LTD., SHANGHAI HEHE INDUSTRIAL CO. LTD.,**
*Intervenors*

---

2024-1796

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1346.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 6, 2026
Date

Jarrett B. Perlow
Clerk of Court